UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 4:21 CR 810 |
| | ) | |
| Plaintiff | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | ORDER ACCEPTING PLEA |
| | ) | AGREEMENT, JUDGMENT AND |
| WADE V. DANIELS, | ) | REFERRAL TO U.S. PROBATION |
| | ) | OFFICE |
| Defendant | ) | |

This case is before the Court on a Report and Recommendation filed by United States Magistrate Judge Amanda M. Knapp, regarding the change of plea hearing of Wade Daniels, which was referred to the Magistrate Judge with the consent of the parties.

On November 10, 2021, the government filed a two count Indictment, charging Defendant Wade Daniels with Attempted Possession with Intent to Distribute Fentanyl and Fentanyl Analogue, in violation of Title 21 U.SC. §§ 841(a)(1), (b)(1)(A)(vi), and Title 21 U.S.C. § 846, and with Attempted Possession with Intent to Distribute Fentanyl and Fentanyl Analogues, in violation of Title 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(vi), and Title 21 U.S.C. § 846.   Defendant was arraigned on November 18, 2021, and entered a plea of not guilty to Counts 1-2 of the Indictment, before Magistrate Judge Amanda M. Knapp.  On February 28, 2022, Magistrate Judge Amanda M. Knapp received Defendant's plea of guilty to Counts 1-2 of the Indictment, and issued a Report and Recommendation ("R&R"), concerning whether the plea should be accepted and a finding of guilty entered.

Neither party submitted objections to the Magistrate Judge's R&R in the fourteen days after it was issued.

On de novo review of the record, the Magistrate Judge's R&R is adopted. Defendant Wade Daniels is found to be competent to enter a plea and to understand his constitutional rights. He is aware of the charges and of the consequences of entering a plea. There is an adequate factual basis for the plea. The court finds the plea was entered knowingly, intelligently, and voluntarily. The plea agreement is approved.

Therefore, Defendant Wade Daniels is adjudged guilty to Counts 1-2 of the Indictment, in violation of Title 21 U.SC. §§ 841(a)(1), (b)(1)(A)(vi), and Title 21 U.S.C. § 846. This matter was referred to the U. S. Probation Department for the completion of a pre-sentence investigation and report. Sentencing will be on June 21, 2022, at 2:00 p.m. in Courtroom 19A, Carl B. Stokes United States Court House, 801 West Superior Avenue, Cleveland, Ohio.

IT IS SO ORDERED.

/s/*SOLOMON OLIVER, JR.*
UNITED STATES DISTRICT JUDGE

March 14, 2022