UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 4:21 CR 810 |
| | ) | |
| Plaintiff | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | |
| | ) | |
| WADE DANIELS, | ) | |
| | ) | |
| Defendant | ) | **ORDER** |

Pending before the court is Defendant's Motion to Reduce Sentence pursuant to the 821 Amendment of the Sentencing Guidelines (ECF No. 40). The Federal Public Defender was appointed to review said motion and file either a supplement to the Motion, or a notice indicating no supplement will be filed. On February 9, 2024 the court received notice that the assigned Assistant Federal Public Defender would not be filing any supplement to Defendant's pro se Motion (ECF No. 42). The United States filed its Response in Opposition to Defendant's Motion on February 22, 2024 indicating to the court that Defendant was released on February 7, 2024 and therefore the Motion should be denied as moot (ECF No. 43). Further, the court received returned mail from the Bureau of Prisons on March 12, 2024 that also indicated Defendant had been released and provided a forwarding home address for Defendant Daniels.

Given that Defendant has been released from prison, the court hereby denies Defendant

Wade Daniel's Motion to Reduce Sentence- 821 Amendment as moot.

    IT IS SO ORDERED.

                                                  */s/SOLOMON OLIVER, JR.*
                                               UNITED STATES DISTRICT JUDGE

April 5, 2024